UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEREMY WESSON,

Petitioner,

v.

STATE OF NEVADA,

Respondent.

Case No. 2:26-cv-03728-MMD-NJK

ORDER

*Pro se* Petitioner Jeremy Wesson commenced this action by filing a letter and a motion for the appointment of counsel. (ECF Nos. 1-1, 2.) In his letter, Wesson explains that his mother "turned in" his federal habeas petition on November 2, 2026. (ECF No. 1-1.) However, the Court has no record of such a habeas petition having been received. Therefore, Wesson is instructed to file a new petition in this matter. Further, Wesson has not properly commenced this action by either paying the $5.00 filing fee or filing an *in forma pauperis* ("IFP") application. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

It is therefore ordered that on or before December 18, 2026, unless more time is requested and approved, Wesson must (1) file a habeas petition **and** (2) file an IFP application *or* pay the $5 filing fee. Wesson's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

It is further kindly ordered that the Clerk of Court send Wesson blank copies of (1) the IFP application form for inmates along with instructions and (2) the form Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 along with instructions.

DATED THIS 17th Day of November 2026.



MIRANDA M. DU
UNITED STATES DISTRICT JUDGE